TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16150

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 16, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel Romano and Deborah Romano<br>      Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF2<br>      Movant,<br>  vs.<br><br>Daniel Romano and Deborah Romano, Debtors, Russell A. Brown, Trustee.<br><br>      Respondents. | No. 0:09-BK-13174-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #29) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 12, 2006 and recorded in the office of the Mohave County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF2 is the current beneficiary and Daniel Romano and Deborah Romano have an interest in, further described as:

> LOT FIVE (5), BLOCK ONE (1), NEAL ONE SUBDIVISION, TRACT NO. 3048A, ACCORDING TO THE PLAT THEREOF, RECORDED SEPTEMBER 21, 1998, AT FEE NO. 98-56562, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.